UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LEXINGTON INSURANCE COMPANY,

                    Plaintiff,

    -against-

ROCHDALE INSURANCE COMPANY,

                    Defendant.
-------------------------------------------------------------------X

ECF Case No. 07 CV 3135 (WHP)

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Lexington Insurance Company (a private non-governmental party) certify that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                    American International Group, Inc.

Date: April 18, 2007

                                      _____
                                      Mitchell S. Cohen (MSC 1584)