



**WECHSLER & COHEN, LLP**
Attorneys At Law
17 State Street
15th Floor
New York, New York 10004
Telephone: (212) 847-7900
Telecopier: (212) 847-7955

DEBORA A. PITMAN
Direct Dial: (212) 847-7907
E-mail: dpitman@wechco.com

April 20, 2007

Mr. Daniel Ortiz
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Lexington Insurance Company v. Rochdale Insurance Company*
    ECF Case No.: 07 CV 3135
    Our File No.: 0910.006

Dear Mr. Ortiz:

  We write to advise that United States Magistrate Judge Henry Pitman has been designated as the Magistrate in this action. Although, United States District Judge Pauley has yet to issue an Order of Reference, we ask that Magistrate Judge Pitman recuse himself because he is my brother.

              Very truly yours,

              Debora A. Pitman

DAP/meg

*Application granted. The Clerk is directed to re-designate the matter to another magistrate judge. Plaintiff is directed to serve a copy of this order on defendant.*

**SO ORDERED**

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
4-25-07