## Waiver of Service of Summons

TO:   Wechsler & Cohen, LLP

    Rochdale Insurance Company ("Rochdale") acknowledges receipt of your request that it waive service of a summons in the action *Lexington Insurance Company v. Rochdale Insurance Company*, case number 07 CV 3135 pending in the United States District Court for the Southern District of New York. Rochdale has also received a copy of the complaint in the action, two copies of this instrument, and a means by which it can return the signed waiver to you without cost to it.

    Rochdale agrees to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that it be served with judicial process in the manner provided by Rule 4.

    Rochdale will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    Rochdale understands that a judgment may be entered against it if an answer or motion under Rule 12 is not served upon Lexington Insurance Company within 60 days after May 5, 2007.

Date:   May 22, 2007

                                                 Hargraves McConnell & Costigan
                                                 420 Lexington Ave, Suite 2101
                                                 New York, NY 10170
                                                 (212) 218-8760

                                                 */s/ Andrew J. Costigan*
                                                 Andrew J. Costigan

                                                 Attorneys for Rochdale Insurance Company

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant who, after being notified of an action and asked to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or even its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons has been actually served when the request for waiver of service was received.

# HARGRAVES MCCONNELL & COSTIGAN, P.C.

420 LEXINGTON AVENUE
NEW YORK, NEW YORK 10170

TELEPHONE (212) 218-8760    TELEFAX (212) 218-8761    EMAIL HMPC@HM-LAW.COM

TO: DEBORAH A. PITMAN, ESQ.

FROM: ANDREW J. COSTIGAN, ESQ.

DATE: MAY 22, 2007

TELEFAX NO: 212-847-7955

OFFICE PHONE NO.: 212-847-7900

TOTAL NUMBER OF PAGES (INCLUDING COVER SHEET): 3

CLIENT/MATTER NO: 1448.0105

COMMENTS:

THIS MESSAGE TRANSMISSION MAY CONTAIN CONFIDENTIAL AND/OR LEGALLY PRIVILEGED INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ON THE TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS FACSIMILE TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE CALL US COLLECT IMMEDIATELY SO THAT WE CAN ARRANGE FOR RETURN OF THE DOCUMENTS TO US AT NO COST TO YOU. THANK YOU.

# HARGRAVES MCCONNELL & COSTIGAN, P.C.

THE GRAYBAR BUILDING
420 LEXINGTON AVENUE
NEW YORK, NEW YORK 10170

TELEPHONE (212) 218-8760    TELEFAX (212) 218-8761    EMAIL HMCPC@HM-LAW.COM

May 22, 2007

**BY FACSIMILE**

Debora A. Pitman, Esq.
Wechsler & Cohen, LLP
17 State Street
15th Floor
New York, New York 10004

      Re:    **Lexington Insurance Company v. Rochdale Insurance Company, 07 CV 3135**

Dear Ms. Pitman:

      We represent Rochdale Insurance Company ("Rochdale") in the above captioned action.

      I enclose an executed waiver of Service of Summons. I confirm that Rochdale's answer or motion is due on July 5, 2007.

      Best regards.

Very truly yours,

Andrew Costigan

AJC:au

Enclosure