HARGRAVES McCONNELL & COSTIGAN, P.C.
Daniel A. Hargraves (DAH - 3698)
Andrew J. Costigan (AJC - 3761)
The Graybar Building
420 Lexington Avenue
New York, New York 10170
(212) 218-8760
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| LEXINGTON INSURANCE COMPANY, | ) | **ECF CASE** |
| | ) | **07 CV. 3135 (WHP)** |
| Plaintiff, | ) | |
| vs. | ) | **RULE 7.1 STATEMENT** |
| | ) | |
| ROCHDALE INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

-------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Rochdale Insurance Company ("Rochdale") certifies that Rochdale is wholly owned by Technology Insurance Company, Inc. ("Technology"). Technology in turn is a wholly owned subsidiary of AmTrust Financial Services. No publicly held corporation owns 10% or more of the stock of Rochdale.

Dated: New York, New York
       July 5, 2007

                              HARGRAVES, McCONNELL & COSTIGAN, P.C.

                              _____
                              Daniel A. Hargraves (DAH – 3698)
                              Andrew J. Costigan (AJC – 3761 )
                              420 Lexington Avenue, Suite 2101
                              New York, New York 10170
                              Telephone: (212) 218-8760

                              Attorneys for Defendant,
                              Rochdale Insurance Company