USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/25/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

LEXINGTON INSURANCE CO.,                      07 Civ. 3135 (WHP)

        Plaintiff,                       SCHEDULING ORDER No. 1

        -against-

ROCHDALE INSURANCE CO.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for an initial pre-trial conference before this Court on July 20, 2007, the following schedule is established on their consent:

1. Discovery shall be completed by January 31, 2008;

2. The parties shall submit a joint pre-trial order in accordance with this Court's individual practices by February 29, 2008; and

3. This Court will hold a final pre-trial conference on March 14, 2008 at 10:00 a.m.

Dated: July 24, 2007
      New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                                  U.S.D.J.

-2-

*Counsel of record:*

Mitchell Scott Cohen, Esq.
Wechsler & Cohen, LLP
17 State Street
15th Floor
New York, NY 10004
*Counsel for Plaintiff*

Daniel Anthony Hargraves, Esq.
Hargraves McConnell & Costigan, P.C
420 Lexington Avenue
Suite 2101
New York, NY 10170
*Counsel for Defendant*