```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LEXINGTON INSURANCE COMPANY,

                        Plaintiff,

    -against-

ROCHDALE INSURANCE COMPANY,

                       Defendant.
------------------------------------------------------------X

ECF Case No. 07(CV)3135(WHP)

**STIPULATION OF DISMISSAL**

It is hereby stipulated by and between the attorneys for plaintiff, Lexington Insurance Company, and defendant, Rochdale Insurance Company, that the instant action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(ii).

Dated: New York, New York
         ~~September~~ *October* 11, 2007

HARGRAVES, MCCONNELL & COSTIGAN, P.C.

_____
Daniel Hargraves
Andrew J. Costigan
*Attorneys for Defendant*
*Rochdale Insurance Company*
420 Lexington Avenue
New York, New York 10170
(212) 218-8760

WECHSLER & COHEN, LLP

_____
Mitchell S. Cohen (MSC 1584)
*Attorneys for Plaintiff*
*Lexington Insurance Company*
17 State Street, 15th Floor
New York, New York 10004
(212) 847-7900

So Ordered:

_____
10/23/2007
William H. Pauley III
U.S.D.J.